## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:05-CV-381-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 30, 2006 |
| | ) | |
| MARY DUGAN, an individual, | ) | |
| LEAH WILDS, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendant Mary Dugan's Motion for Permission to Propound More Than 25 Interrogatories (Doc. #34) is **GRANTED**.  Defendant Dugan may propound an additional 32 interrogatories to Plaintiff.

   **IT IS SO ORDERED.**

                                                                LANCE S. WILSON, CLERK

                                                                By:       /s/
                                                                       Deputy Clerk