UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, | ) | 3:05-CV-381-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | December 15, 2006 |
| | ) | |
| MARY DUGAN, an individual, | ) | |
| LEAH WILDS, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff has filed an Emergency Motion for Protective Order (Doc. #67).  It appears that the Defendant noticed a series of depositions without consulting with Plaintiff's counsel about the availability of the dates for the depositions.  Although there is no requirement in the Rules for such consultation, it is customary in this jurisdiction for counsel to consult on dates prior to scheduling depositions.  The court certainly encourages such a practice.

/ / /

MINUTES OF THE COURT
3:05-CV-0381-PMP (RAM)
December 15, 2006
Page Two

        Plaintiff's Emergency Motion for Protective Order (Doc. #67) is <u>GRANTED</u>.   The depositions noticed by Defendant Dugan are vacated.  The depositions will be rescheduled some time after February 2, 2007, on dates agreed upon by counsel.

        IT IS SO ORDERED.

                          LANCE S. WILSON, CLERK

                          By:_____/s/_____
                                  Deputy Clerk