UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, an individual, | ) ) ) | 3:05-CV-00381-PMP-RAM |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| MARY DUGAN, an individual, LEAH WILDS, an individual, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court is Plaintiff's Ex Parte Emergency Motion for Order Allowing the Transcription of the Sealed Portion of the Show Cause Hearing held on October 7, 2008, (Doc. #425), filed on April 25, 2010.

The Court declines to consider Plaintiff Hussein's motion on an ex parte basis and concludes that it is appropriate to permit counsel for Defendant Dugan to address the issue raised by Plaintiff Hussein's motion. To the extent Plaintiff Hussein's motion seeks simply to have the sealed portion of the proceeding conducted on October 7, 2008 transcribed and retained in a sealed condition for such use by the United States Court of Appeals for the Ninth Circuit as that court deems appropriate, the Court thinks such relief should be granted. To the extent, however, Plaintiff Hussein seeks other relief with respect to a transcript of the sealed show case hearing, the Court concludes it appropriate to allow counsel for Defendant Dugan to address the matter before it is considered by the Court.

1  **IT IS THEREFORE ORDERED** that Plaintiff Hussein's Ex Parte Emergency Motion for Order Allowing the Transcription of the Sealed Portion of the Show Cause Hearing held on October 7, 2008, (Doc. #425) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forthwith cause the transcription of the sealed portion (Doc. #240) of the Show Cause Hearing conducted on October 7, 2008, and that the transcript of said proceeding shall be retained by the Clerk of Court in a sealed condition so as to be made available to the United States Court of Appeals for the Ninth Circuit should the court of appeals direct that it should be provided.

DATED:  May 26, 2010.

_____
PHILIP M. PRO
United States District Judge