UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, an individual, | ) ) ) | 3:05-CV-00381-PMP-RAM |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| MARY DUGAN, an individual, LEAH WILDS, an individual, | ) ) ) | |
| Defendants. | ) ) | |

The Court having read and considered interested party Jeffrey Dickerson's Motion for Stay of Sanction Order Pending Appeal (Doc. #448), filed on July 17, 2010, and Plaintiff Hussein's Emergency Motion for Stay of Sanction Order Pending Appeal (Doc. #451) filed July 20, 2010, and good cause appearing,

**IT IS ORDERED that** Jeffrey Dickerson's Motion for Stay of Sanction Order Pending Appeal (Doc. #448) and Plaintiff Hussein's Emergency Motion for Stay of Sanction Order Pending Appeal (Doc. #451) are **DENIED** without prejudice to seek the relief requested before the United States Court of Appeals for the Ninth Circuit.

DATED: October 22, 2010.

_____
PHILIP M. PRO
United States District Judge