UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, an individual, | ) ) | 3:05-CV-00381-PMP-RAM |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| MARY DUGAN, an individual, LEAH WILDS, an individual, | ) ) ) | |
| Defendants. | ) ) ) | |

**IT IS ORDERED that** interested party Jeffrey Dickerson's Motion for Enlargement of Time to Pay Sanctions (Doc. #460) is **GRANTED** to the extent that Mr. Dickerson shall have to and including **December 21, 2010**, within which to pay the sanctions previously Ordered by this Court.

DATED:  October 22, 2010.

PHILIP M. PRO
United States District Judge