UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| HUSSEIN S. HUSSEIN, an individual, | ) ) | 3:05-CV-00381-PMP-RAM |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| MARY DUGAN, an individual, LEAH WILDS, an individual, | ) ) ) | |
| Defendants. | ) ) | |

**IT IS ORDERED that** Interested Party Jeffrey A. Dickerson's Motion for Stay of Sanction Order Pending Appeal (Doc. #465), filed December 15, 2010, is **DENIED** without prejudice to Interested Party Dickerson to seek the relief requested before the United States Court of Appeals for the Ninth Circuit.

DATED: February 14, 2011.

PHILIP M. PRO
United States District Judge