# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUSSEIN S. HUSSEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:05-cv-381-PMP-RAM |
| vs. ) | |
| ) | Return of funds |
| MARY DUGAN and LEAH WILDS, ) | |
| ) | |
| Defendants ) | |

Pursuant to the court's order entered March 25, 2013, ECF No. 484, the money deposited with this court, along with any interest earned, shall be returned to its legal owner as reflected on the Certificate of Cash Deposit, filed November 21, 2008, ECF No. 276.

February 23, 2016

_____
HONORABLE GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE